No. 413. CALIFORNIA EX REL. McCOLGAN *v.* BRUCE. November 9, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Earl Warren,* Attorney General of California, and

*H. H. Linney,* Assistant Attorney General, for petitioner. *Mr. George B. Thatcher* for respondent.

